THE PEOPLE *v*. PÉREZ.

APPEAL from the District Court of Guayama.

No. 170.—Decided March 25, 1909.

PENAL LAW—GAMBLING—APPEAL—STATEMENT OF FACTS—BILL OF EXCEPTIONS.—
There being no bill of exceptions nor statement of facts, and no error appearing in the record of the case, the judgment appealed from should be affirmed.

The facts are stated in the opinion.

The party appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The appellant in this case was convicted of permitting gambling in his house, both in the municipal and the district courts, and sentenced to fine and imprisonment, and, to delay his punishment, took an appeal to this court, without filing any statement of facts or bill of exceptions, or even a brief; and the record on examination shows no fundamental error, so the judgment of the trial court should be in all things confirmed.

*Affirmed.*

Acting Chief Justice Hernández and Justices Figueras and Wolf concurred.